IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD B. QUTTEINEH, | No. Misc. C 07-80250 CRB |
| Plaintiff, | **ORDER OF DISMISSAL WITH LEAVE TO AMEND** |
| v. | |
| LITTON LOAN SERVICING, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed this action against "LITTON LOAN SERVICING, US Vessel DOES, ROES, and MOES 1-100 et al, US Vessel" as a miscellaneous action. Plaintiff's papers are incomprehensible and it is impossible for the Court to discern the basis for plaintiff's lawsuit. It appears that plaintiff is demanding approximately $30 million from Litton Loan Servicing, but even that fact is unclear and the Court cannot discern the basis for the demand.

Accordingly, plaintiff's "action" is DISMISSED with 20 days leave to amend. If plaintiff wishes to proceed with this action, plaintiff must file a complaint that clearly identifies the parties and the claims that plaintiff is making and the facts that support his or

//

//

//

1  her claims.  Citation to random legal authorities is not sufficient to state a claim.

2  **IT IS SO ORDERED.**

3  Dated: October 31, 2007



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE