UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MOHAMAD B. QUTTEINEH,

        Plaintiff,

  v.

LITTON LOAN SERVICING et al,

        Defendant.

Case Number: CV07-80250 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mohamad-Bahai Qutteineh
A
c/o 961 Ridgeview CT
South San Francisco, CA 94080

Dated: November 1, 2007

                      Richard W. Wieking, Clerk
                      By: Barbara Espinoza, Deputy Clerk