1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    MOHAMAD B. QUTTEINEH,                    No. Misc. C 07-80250 CRB

12              Plaintiff,                     **ORDER OF DISMISSAL WITH
                                               PREJUDICE**
13        v.

14    LITTON LOAN SERVICING, et al.,

15              Defendants.
      _____/

16

17        Plaintiff, proceeding pro se, filed this action against "LITTON LOAN SERVICING,

18    US Vessel DOES, ROES, and MOES 1-100 et al, US Vessel" as a miscellaneous action. As

19    plaintiff's papers are incomprehensible and it is impossible for the Court to discern the basis

20    for plaintiff's lawsuit, on October 31, 2007 the Court dismissed the complaint with 20 days

21    leave to amend.

22        As of the date of this Order plaintiff has not amended his complaint and has not

23    otherwise communicated with the Court.  Accordingly, plaintiff's complaint is DISMISSED

24    with prejudice.

25        **IT IS SO ORDERED.**

26
                                               _____
27    Dated: November 28, 2007                 CHARLES  R. BREYER
                                               UNITED STATES DISTRICT JUDGE
28

*United States District Court*
*For the Northern District of California*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California