1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMAD B. QUTTEINEH,

      Plaintiff,

  v.

LITTON LOAN SERVICING, et al.,

      Defendants.
_____/

No. Misc. C 07-80250 CRB

**ORDER OF DISMISSAL WITH
PREJUDICE**

Plaintiff, proceeding pro se, filed this action against "LITTON LOAN SERVICING, US Vessel DOES, ROES, and MOES 1-100 et al, US Vessel" as a miscellaneous action. As plaintiff's papers are incomprehensible and it is impossible for the Court to discern the basis for plaintiff's lawsuit, on October 31, 2007 the Court dismissed the complaint with 20 days leave to amend.

As of the date of this Order plaintiff has not amended his complaint and has not otherwise communicated with the Court. Accordingly, plaintiff's complaint is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: November 28, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\80250misc\orderredismissal2.wpd

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28